IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE                                                    PLAINTIFF

v.                              Case No. 09-2097

LT. CUPP, et al.                                                  DEFENDANTS

## ORDER

Now on this 30th day of December 2010, there comes on for consideration the report and recommendation filed herein on December 6, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Deputy Allison is DISMISSED WITHOUT PREJUDICE as a defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge