IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REX LEE RITCHIE**                                                                                    **PLAINTIFF**

v.                                           **Civil No. 09- 2097**

**LT.  CUPP** *et al.*                                                                                **DEFENDANTS**

<u>REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE</u>

Now before the Court is the Motion to Dismiss, ECF No. 37, filed by the Defendants. Defendants move to dismiss this case based on Plaintiff's purported refusal to respond to the questionnaire propounded by the Court to the Plaintiff to serve as Plaintiff's response to the Motion for Summary Judgment. *Id.*

Defendants filed their Motion for Summary Judgment on January 6, 2011. ECF No. 28. On January 7, 2011, Plaintiff was sent a Notice by the Court. ECF No. 31. The purpose of this Notice was to inquire as to whether Plaintiff would respond to the Defendants' Motion for Summary Judgment on his own, or if he would prefer the assistance of the Court. *Id.* Plaintiff returned the Notice on January 13, 2011, stating he would prefer the assistance of the Court. ECF No. 32. However Plaintiff, on February 11, 2011, also responded to the Motion for Summary Judgment on his own. *See* ECF Nos. 33, 34. In an abundance of caution, the Court also sent Plaintiff a questionnaire to serve as his response to the Motion for Summary Judgment, ECF No. 36, based upon Plaintiff's previous representation that he would prefer the assistance of the Court in responding to the Motion for Summary Judgment.

Plaintiff then responded, ECF No. 38, to Defendants' Motion to Dismiss, making it clear he intended for the response on his own behalf to serve as his sole response to the Motion for Summary Judgment, and that he did not choose to respond by questionnaire propounded by the Court.

Accordingly, it is the recommendation of the undersigned that the Motion to Dismiss, ECF No. 37, be **DENIED**. Plaintiff has responded to the Defendants' Motion for Summary Judgment and has made it clear on the record that he does not choose to respond by questionnaire propounded by the Court. Therefore, the Court does not find that Plaintiff's case should be dismissed for any failure to return the questionnaire.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**IT IS SO ORDERED** this 24th day of August 2011.

/s/   J. Marschewski
HON.  JAMES R.  MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE