IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE                                              PLAINTIFF

v.                           Case No. 09-2097

LT. VENA CUPP, et al.                                       DEFENDANTS

## **ORDER**

Now on this 20th day of September 2011, there comes on for consideration the reports and recommendations filed herein on August 24, 2011 (doc. 41) and August 30, 2011 (doc. 43), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. No objections to the reports and recommendations were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Defendants' Motion to Dismiss (doc. 37) is DENIED, and Defendants' Motion for Summary Judgment (doc. 28) is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge